JL

WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Corona, | No.   CV-23-01251-PHX-JAT (CDB) |
| Plaintiff, | |
| v. | **ORDER** |
| Matt Hunter, et al., | |
| Defendants. | |

**I.    Procedural History**

On June 9, 2023, Plaintiff Fernando Corona, who is represented by counsel, filed a Complaint (Doc. 1-3 at 6-11)[1] in the Superior Court of Maricopa County, Arizona, against Matt Hunter, Jane Doe Hunter, Maricopa County, and various fictitiously identified entities. On July 6, 2023, Defendants Maricopa County and Hunter filed a Notice of Removal and removed the case to this Court.

**II.    Removal**

A state court defendant may remove to federal court any civil action brought in the state court over which the federal district courts would have original jurisdiction. 28 U.S.C. § 1441(a). In his Complaint, Plaintiff alleges, among other things, that Defendant Hunter violated Plaintiff's Fourth Amendment rights, and Defendant Maricopa County failed to adequately train Defendant Hunter. This Court's jurisdiction extends to such claims. *See*

---

[1] The citation refers to the document and page number generated by the Court's Case Management/Electronic Case Filing system.

TERMPSREF

28 U.S.C. § 1331 (a federal court has original jurisdiction "of all civil actions arising under the Constitution, laws, or treaties of the United States"). Defendants Maricopa County and Hunter were served on June 15, 2023. The Notice of Removal was filed within 30 days of Defendants Maricopa County and Hunter being served. It therefore appears this case was timely and properly removed.

The Court will refer this matter to the Magistrate Judge for further proceedings.

**IT IS ORDERED:**

(1) Defendants must answer the Complaint or otherwise respond by appropriate motion within the time provided by the applicable provisions of Rule 81(c)(2) of the Federal Rules of Civil Procedure or within 14 days of the filing of this Order, whichever is later.

(2) This matter is referred to Magistrate Judge Camille D. Bibles pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for all pretrial proceedings as authorized under 28 U.S.C. § 636(b)(1).

(3) This matter is **assigned to the standard track** pursuant to Rule 16.2(b)(3) of the Local Rules of Civil Procedure.

Dated this 12th day of July, 2023.

James A. Teilborg
Senior United States District Judge

TERMPSREF