**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Corona, | No. CV-23-01251-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Matt Hunter, | |
| Defendant. | |

On September 8, 2025, the Court issued an Order setting the Final Pretrial Conference and Trial. (Doc. 92). The Court set the joint Proposed Final Pretrial Order deadline for October 27, 2025. (Doc. 92). The Court further ordered the parties to "*meet in person* and exchange marked copies of all exhibits to be used at trial" "no later than fourteen (14) days before the submission deadline for the joint Proposed Final Pretrial Order." (Doc. 92) (emphasis added). Thus, the parties should have met and conferred regarding the exhibits to be used at trial by October 13, 2025.

The parties attempted to schedule a time to meet and confer about the exhibits in person but were unable to reach a resolution. (Doc. 96, Doc. 96-1). On October 10, 2025, Defendant asked that the Court order Plaintiff to comply with the September 8, 2025 order requiring the parties to meet in person to exchange exhibits. (Doc. 96 at 3). That same day, Plaintiff moved the Court to modify the September 8, 2025 order, asking that the Court permit the parties to meet virtually via Zoom or Microsoft Teams to discuss the exhibits. (Doc. 98). Plaintiff's counsel (located in Tucson) explained that his "time constraints"

1  made it difficult for him to meet with Defendant's counsel in Phoenix. (Doc. 98 at 2).

2  The Court is disinclined to allow the parties to meet virtually. The Court is aware of Plaintiff's counsel scheduling issues, but nonetheless finds that an in-person meeting is preferred. Moreover, Plaintiff's counsel failed to indicate when he will be available to meet with Defendant to exchange the parties' trial exhibits. And while Plaintiff indicated he would file a second motion requesting "a short extension of deadlines," (Doc. 98 at 1), he failed to do so.

On this record,

**IT IS ORDERED** denying both pending motions (Doc. 96, 98) to the extent they are inconsistent with this Order.

**IT IS FURTHER ORDERED** that counsel shall meet in person and exchange exhibits by Saturday, October 18, 2025.

Dated this 14th day of October, 2025.

James A. Teilborg
Senior United States District Judge

- 2 -