**RACHEL H. MITCHELL**
MARICOPA COUNTY ATTORNEY

BY: KIM CHAMBERLAIN (031675)
CHARLES E. TRULLINGER (018936)
EVELYN D. DUEÑAS (037586)
Kim.Chamberlain@mcao.maricopa.gov
trullinc@mcao.maricopa.gov
Evelyn.Duenas@mcao.maricopa.gov
Deputy County Attorneys

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 0003200

*Attorneys for Matt Hunter*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Corona, a single man,<br><br>Plaintiff,<br><br>v.<br><br>Matt Hunter and Jane Doe Hunter, husband and wife; Maricopa County, a political subdivision of the State of Arizona; Black Corporations I-V, White Partnerships I-V,<br><br>Defendants. | **NO. CV23-01251-PHX-JAT**<br><br>**DEFENDANT MATT HUNTER'S WITNESS LIST** |

Defendant Matt Hunter, by and through undersigned counsel, hereby submits his witness list to comply with the deadline of the Order Setting Final Pretrial Conference and Trial (Doc. 92). The Defense did not receive any input regarding the witness list from

Plaintiff. Therefore, Defendant Matt Hunter reserves the right to respond to Plaintiff's witness list when it is filed.

**I.    Plaintiff's Witness List**

**II.   Defendant's Witness List**

1. Lieutenant Matthew Hunter
2. Posseman Grant Venable
3. Sergeant Bryan Flanigan
4. Linda Walters
5. Deputy Brian Bowling
6. Jayne Ramirez

RESPECTFULLY submitted this 27th day of October 2025.

          RACHEL H. MITCHELL
          MARICOPA COUNTY ATTORNEY

          BY:   /s/ *Kim Chamberlain*
                  KIM CHAMBERLAIN
                  CHARLES E. TRULLINGER
                  EVELYN D. DUEÑAS
                  Deputy County Attorneys
                  *Attorneys for Matt Hunter*

**CERTIFICATE OF SERVICE**

  Per Article II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, "No certificate of service is required when a paper is served by filing it with the court's electronic-filing system." If the foregoing document is served on a party not listed in the Court's Case Management/Electronic Case Files (CM/ECF) System, service by paper copy will be indicated below or a certificate of service will be filed separately within a reasonable time after service.

*/s/ A. Moreno*

S:\CIVIL\CIV\Matters\CJ\2022\Corona v. Hunter 2022-3239\Trial\Witnesses\Defendant's Witness List 10-27-25.docx