**RACHEL H. MITCHELL**
MARICOPA COUNTY ATTORNEY

BY:  KIM CHAMBERLAIN (031675)
     CHARLES E. TRULLINGER (018936)
     EVELYN D. DUEÑAS (037586)
     Kim.Chamberlain@mcao.maricopa.gov
     trullinc@mcao.maricopa.gov
     Evelyn.Duenas@mcao.maricopa.gov
     Deputy County Attorneys

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 0003200

*Attorneys for Matt Hunter*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Corona, a single man,<br><br>       Plaintiff,<br><br>v.<br><br>Matt Hunter and Jane Doe Hunter, husband and wife; Maricopa County, a political subdivision of the State of Arizona; Black Corporations I-V, White Partnerships I-V,<br><br>       Defendants. | **NO. CV23-01251-PHX-JAT**<br><br>**JOINT WITNESS LIST** |

Pursuant to the Court's Order (Doc. 92), Counsel for Plaintiff Fernando Corona and Counsels for Matt Hunter (collectively the "Parties") hereby submit the following joint list of witnesses in anticipation of the trial set for January 27, 2025.

1  I.    **Plaintiff's Witness List**
2       a.    Fernando Corona
3       b.    Deputy Matt Hunter
4       c.    Deputy Pablo Gonzalez
5       d.    Deputy Tary Geesey
6       e.    Deputy Posseman William Jinks
7       f.    Alexandria Kasulka
8       g.    David Gosnel
9       h.    Joseph Rush
10      i.    Haley Libers
11      j.    Jayne Ramirez
12      k.    Dr. Gary Purcell
13      l.    Dr. Matthew Hansen
14      m.   Dr. Allison Fritz
15      n.    Erika "Nikki" Simmons
16      o.    Chaplain John Sahlberg
17  II.   **Defendant's Witness List**
18      1.    Lieutenant Matthew Hunter
19      2.    Posseman Grant Venable
20      3.    Sergeant Bryan Flanigan
21      4.    Linda Walters
22      5.    Deputy Brian Bowling
23      6.    Jayne Ramirez
24      7.    Posseman William "Billy" Jinks
25      8.    Deputy Clark C. Bradshaw
26

RESPECTFULLY submitted this 14th day of November 2025.

                         RACHEL H. MITCHELL
                         MARICOPA COUNTY ATTORNEY

BY:   */s/ Kim Chamberlain*
        KIM CHAMBERLAIN
        CHARLES E. TRULLINGER
        EVELYN D. DUEÑAS
        Deputy County Attorneys
        *Attorneys for Matt Hunter*


LAW OFFICE OF PAUL GATTONE

BY:   */s/ Paul Gattone (w/ permission)*
        PAUL GATTONE
        *Attorney for Fernando Corona*

## CERTIFICATE OF SERVICE

Per Article II(D)(3) of the Electronic Case Filing Administrative Policies and Procedures Manual, "No certificate of service is required when a paper is served by filing it with the court's electronic-filing system." If the foregoing document is served on a party not listed in the Court's Case Management/Electronic Case Files (CM/ECF) System, service by paper copy will be indicated below or a certificate of service will be filed separately within a reasonable time after service.

*/s/ A. Moreno*

S:\CIVIL\CIV\Matters\CJ\2022\Corona v. Hunter 2022-3239\Trial\Witnesses\DRAFT JOINT Witness List 11-13-25.docx

3