# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Corona, | No. CV-23-01251-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Matt Hunter, | |
| Defendant. | |

At the Final Pretrial Conference ("FPTC") on December 17, 2025, the Court indicated an Order setting time limits for trial would follow. After reviewing the parties' estimated length of trial provided in the Joint Proposed Final Pretrial Order (Doc. 124), and discussing predicted witness times with the parties at the FPTC, the Court will impose the time limitations for trial as follows:

**IT IS ORDERED** that each party has 22 hours to present their respective cases, which includes opening statements and closing arguments in addition to the presentation of evidence. Each party is further limited to one hour to present their opening statement and one hour to present their closing argument. Jury selection shall not be counted toward either party's time.

Dated this 17th day of December, 2025.

James A. Teilborg
Senior United States District Judge